Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
Nicholas A. Kurtz (SBN 232705)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:          njohnson@jjllplaw.com
                    djohnson@jjllplaw.com
                    nkurtz@jjllplaw.com

Thomas V. Girardi (SBN 36603)
Howard B. Miller (SBN 31392)
Lauren Horowitz (SBN 271858)
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:   (213) 481-1554
Email:          tgirardi@girardikeese.com
                    hmiller@girardikeese.com
                    lhorowitz@girardikeese.com

Attorneys for Plaintiff,
BENGAL MANGLE PRODUCTIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENGAL MANGLE PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SETH MACFARLANE; FUZZY DOOR PRODUCTIONS, INC. ; MEDIA RIGHTS CAPITAL II, L.P.; MRC II DISTRIBUTION COMPANY, L.P.; THUNDER BUDDIES, LLC; UNIVERSAL PICTURES; UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC; UNIVERSAL CITY STUDIOS, LLLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-5498<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff, Bengal Mangle Productions, LLC ("Plaintiff"), by and through counsel, complains and alleges on information and belief as follows:

## JURISDICTION AND VENUE

1. Plaintiff's claim arises under the Copyright Laws of the United States, as amended (17 U.S.C. § 101 et seq.). This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §§ 1338 and 1331.

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b)(2) and 1400(a) because Defendants have committed acts of infringement in this judicial district, do substantial business in the judicial district, have registered agents in this judicial district, and reside or may be found in this district.

3. On information and belief, each of the Defendants sued herein is the agent, servant, and/or employee of each other, and of the other Defendants, and by acting as herein alleged, acted within the course and scope of said agency and employment, and with the full knowledge and consent of the remaining Defendants.

## PARTIES

4. Plaintiff Bengal Mangle Productions, LLC ("Plaintiff") is a California limited liability company.

5. Defendant Seth MacFarlane ("MacFarlane"), on information and belief, is, and at all relevant times was, a resident of the County of Los Angeles, California.

6. Defendant Fuzzy Door Productions, Inc. ("Fuzzy Door"), on information and belief, is, and at all relevant times was, a California corporation that has its principal place of business in the County of Los Angeles. Fuzzy Door is, on information and belief, the production company associated with MacFarlane.

7. Defendant Media Rights Capital II L.P. ("MRC II"), on information and belief, is a Delaware Corporation with its principal place of business in California. MCR II is, on information and belief, the funding entity associated with MacFarlane.

8. Defendant MRC II Distribution L.P. ("MRC II Distribution"), on information and belief, is a Delaware corporation with its principal place of business in California. MRC II Distribution is, on information and belief, the distribution entity associated with MacFarlane.

9. Defendant Thunder Buddies, LLC ("Thunder Buddies"), on information and belief, is, and at all relevant times was, a California Corporation that has its principal place of business in the County of Los Angeles.

10. Defendant Universal Pictures ("Universal"), on information and belief, is, and at all relevant times was, the d/b/a of an entity, unknown at the time of filing, which has its principal place of business in the County of Los Angeles.

11. Defendant Universal Studios Home Entertainment, LLC ("Universal Home"), on information and belief, is, and at all relevant times was, a Delaware limited liability company with its principal place of business in California.

12. Defendant Universal City Studios, LLLP ("Universal City"), on information and belief, is, and at all relevant times was, a Delaware corporation with its principal place of business in California.

13. Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as Does 1 through 10, inclusive, and therefore sue such Defendants by fictitious names. Plaintiff will seek leave of Court to amend this complaint to allege their true names and capacities when they have been ascertained. Plaintiff is informed and believes, and based thereon alleges, that each of the fictitiously named Defendants was responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages, as herein alleged, were proximately caused by such conduct.

## BACKGROUND FACTS

14. Plaintiff is an entertainment production company. Plaintiff created a screenplay titled *Acting School Academy* in or around 2008. The screenplay included a character named Charlie ("Charlie"). Charlie is a teddy bear who lives

in a human, adult world with all human friends. Charlie has a penchant for drinking, smoking, prostitutes, and is a generally vulgar yet humorous character.

15. *Acting School Academy* was turned into a web series that was exhibited on YouTube.com, Facebook.com, iTunes, FunnyorDie.com, Vimeo.com, Metacafe.com, Koldcast.tv, and Blip.tv from on or around July 31, 2009 to November 30, 2010. *Acting School Academy* is still available on YouTube.com, Facebook.com, and Metacafe.com. Charlie was a main character on the series and at least one (1) episode's story line revolved solely around Charlie. *Acting School Academy* had approximately one million, two-hundred thousand (1,200,000) viewers between July 31, 2009 and June 2012.

16. Due to the success of *Acting School Academy*, and based on public feedback, in 2008, Plaintiff decided to create a spin-off web series based on the Charlie character. On or around February 9, 2009, Plaintiff released *Charlie the Abusive Teddy Bear* on YouTube.

17. *Charlie the Abusive Teddy Bear* is a web series that was exhibited on YouTube.com, FunnyorDie.com, Blip.tv, and imdb.com, amongst other websites, from on or around February 9, 2009 and continues to be exhibited on YouTube.com and FunnyorDie.com. Charlie, the main character of the series, was further developed and delineated during this time. Each episode of *Charlie the Abusive Teddy Bear* features Charlie's original character traits, including that Charlie has all human friends, hates vegetables, has anger-management problems, is a washed-up child star, has a penchant for drinking alcohol, drugs, and prostitutes, and is often violent, both physically and verbally.

18. Charlie is an original work of authorship fixed in a tangible medium of expression. *Charlie the Abusive Teddy Bear* is still available on YouTube.com, FunnyorDie.com, Blip.tv, and imdb.com. *Charlie the Abusive Teddy Bear* had approximately sixty thousand (60,000) viewers between February 9, 2009 and June 2012.

19. Plaintiff is the legal owner of the copyright for the work entitled *Charlie the Abusive Teddy Bear*, which is registered with the United States Copyright Office (PA0001633698) with a registration date of June 18, 2009. This work contains the original character created by Plaintiff, Charlie. The work containing Charlie was published and available to the public via YouTube.com and various other websites. *Charlie the Abusive Teddy Bear* can be viewed on YouTube.com and remains readily available to the public for viewing.

20. Plaintiff is, and at all times material hereto was, the owner of the copyright in Charlie the character and is entitled and authorized to protect it against copyright infringement, including the enforcement of copyright actions.

21. On or around June 29, 2012, a motion picture titled *Ted* was released in theaters worldwide. *Ted*, a film written by Defendant Seth MacFarlane, produced by Defendant Fuzzy Door Productions, and distributed by Defendant Universal Pictures tells the story of a vulgar teddy bear who lives in an adult world and maintains human relationships. The vulgar teddy bear, named Ted, has a penchant for drinking, drugs, and prostitutes ("Ted").

22. Defendants' Ted character is strikingly similar to Plaintiff's Charlie character. Defendants had access to Charlie because *Acting School Academy* was available and widely disseminated on websites including YouTube.com, Facebook.com, iTunes, FunnyorDie.com, Vimeo.com, Metacafe.com, Koldcast.tv, and Blip.tv from on or around July 31, 2009 to November 30, 2010. *Charlie the Abusive Teddy Bear* was available and widely disseminated on websites including YouTube.com and FunnyorDie.com, from on or around February 9, 2009 to October 28, 2009. On information and belief, Defendant MacFarlane had contact with and was an active participant on FunnyorDie.com in 2009. In addition, Charlie established a social media presence in February 2009 by creating a Facebook profile. Charlie also created a Twitter account in 2009 and has over two thousand (2,000) followers. *Acting School Academy* was uploaded to imdb.com, a

widely-viewed internet movie database, in 2009. *Acting School Academy* had approximately one million, two-hundred thousand (1,200,000) viewers between July 31, 2009 and June 2012. *Charlie the Abusive Teddy Bear* had approximately sixty thousand (60,000) viewers between February 9, 2009 and June 2012.

23. Defendants copied Charlie to create the Ted character without Plaintiff's authorization, which constitutes infringement of Plaintiff's copyright in the Charlie character.

24. *Ted* was released in theaters on June 29, 2012 and on home theater platforms on or around December 11, 2012.

25. Ted is an unlawful copy of Charlie, as evidenced by the following:

    a. Charlie and Ted possess the same physical attributes, including the general look and feel of each character:


[Ted]


[Charlie]

    b. In both *Ted* and *Charlie the Abusive Teddy Bear*, the Ted and Charlie characters, respectively, are so central to the story that they are the story being told. Specifically, both of the works which depict Charlie and Ted incorporate the characters' names into the names of their respective works. This further illustrates that defendants have infringed on the character of Charlie. Charlie's centrality to his storyline is one of his identifying characteristics, as

depicted by the use of his name in the name of his series. Defendants copy this centrality by using the name of the character Ted as the name of the movie *Ted*.

 c. Charlie and Ted have displayed consistent, widely identifiable traits that make this vulgar teddy bear especially distinctive, such as:

  i. Charlie and Ted each have a substantially similar persona, verbal tone, verbal delivery, dialogue, and attitude. These are displayed in Charlie episodes 1 at 00:00:20- 48 (Charlie describing what he wants to do to a prostitute); 2 at 00:00:09-00:01:20 (Charlie talks about not wanting to go to rehab); 3 at 00:00:36-00:00:58 (yelling at Amy for making him peas); 4 at 00:00:10-00:00:12 (telling his mother he has spread catnip on his testicles); 5 at 00:01:24 (suggesting he and his father go to the strip club together); 6 at 00:00:38 (pistol whipping someone to get his point across); 7 at 00:00:13 (yelling angrily) and Acting School Academy episode 7 at 00:01:22-00:01:40 (telling Amy to get an abortion) and in the *Ted* film at 00:10:06-00:11:18 (Ted complaining angrily); 00:37:00-:00:37:20 (showing a woman all the lewd acts he wants to perform with her); 01:05:50-01:07:23 (using violence to get his point across to John); 01:09:20-01:09:52 (talking to Nora Jones about their sexual history); 01:24:30-01:24:35 (making fat jokes even when his life is in danger).

  ii. Both Charlie and Ted reside in a substantially similar environment, including that both Charlie and Ted spend a significant amount of time sitting on a living room couch with a beer and/or cigarette in hand. These are displayed in Charlie episodes 1-7 throughout the entire episode and

Acting School Academy at 00:01:22-00:01:40 and in the *Ted* film at 00:10:06-00:11:18 (smoking marijuana and drinking on the living room couch with John); 00:15:34-00:17:08 (smoking and drinking on the living room couch with John); 00:39:20-00:41:06 (smoking marijuana on the living room couch).

iii. Both Charlie and Ted have human friends and similar background stories, namely that they are "washed-up" child stars/public personas. These are displayed in Charlie episodes 1 at 00:00:50 (Steve pops out to help Charlie get rid of a dead prostitute); 2 at 00:00:09-00:01:20 (Steve and Charlie talking about Charlie not going to rehab); "Charlie the Abusive Teddy Bear Interview (http://www.thecitrusreport.com/2009/features/charlie-the-abusive-teddy-bear/) and in the *Ted* film at 00:02:00-00:05:10 (the start of Ted and John's lifelong friendship); 00:06:10-00:06:56 (Ted as a child becomes a celebrity); 00:07:47-00:08:45 (audience is informed Ted is now "washed-up" as an adult); 00:09:00-00:16:35 (Ted is an everyday part of John's life and gives him relationship advice) 00:19:10-:00:19:25 (Ted and John sing the "Thunder Buddies Song" together).

iv. Both Charlie and Ted maintain an active social media presence, including individual Twitter and Facebook accounts, with similar postings. The following is a chart illustrating the similarities between Charlie and Ted's online postings, illustrating the similarities in Ted's postings to postings made by Charlie three years earlier.

| CHARLIE | TED |
|---|---|
| **2/17/2009** (Twitter post)<br>What the f**k is Twitter? | **3/31/2012** (Twitter post)<br>Hello, Twitter. Kindly go fuck yourself. |
| **4/13/2009** (Twitter post)<br>I like Fox News. They've made s**t talking an art form | **6/06/2012** (Twitter post)<br>@burgundylee I like Game of Thrones for tits and blood and Fox News for laughs #AskTed |
| **7/30/2009** (Twitter post)<br>I don't like cocaine. I just like the smell of it. | **6/06/2012** (Twitter post)<br>@SlimBurro Just acid, and coke, and Ex, and DMT. That's where I draw the lines. #AskTed |
| **8/13/09** (Twitter post)<br>Oh I know. I've punched Yogi right in the balls. That's what he gets for being so tall and an a**hole. | **5/03/2012** (Twitter post)<br>Yogi better stop talkin' trash or I'm gonna release my pic of him goin' bam – bam in Boo--boo's butt butt. |
| **8/19/09** (Twitter post)<br>My best ideas are like my best sh*ts, they flow out of me on the toilet after a cup of coffee.<br>**7/21/09** (Twitter post)<br>Life is like a toilet…you need to flush it when it gets filled with sh*t. | **4/22/12** (Twitter post)<br>I take my music like my dumps: seated. |
| **4/07/09** (Twitter post)<br>Winnie the Pooh is all image. That guy is a deadbeat and an addict. His love of honey wasn't acting.<br>**4/08/09**<br>U ever seen a bear snort honey from the bottle then trip for 1hr about the bottle stealing his identity? That's Winnie the Pooh 4 ya. Addict. | **4/17/2012** (Twitter post)<br>Winnie the Pooh is incontinent, and thus so -- called. |
| **3/13/09** (Twitter post)<br>I'm a bear and my nose is at crotch level. What do women expect? | **4/13/2012** (Twitter post)<br>I don't mind giving the ladies oral pleasure. I just Febreeze the shit out of my snout after. |
| **7/14/09** (Twitter post)<br>LA doesn't have woods Tom. That's why I s**t on other mindless lifeforms, like your girlfriend. | **4/11/2012** (Twitter post)<br>I don't shit in the woods. Just in the toilet, or my bed on New Year's sometimes. |
| **10/18/10** (Twitter post)<br>My greatest fear is STDs…and Lindsay Lohan…same difference.<br>**10/12/10** (Twitter post)<br>#ThingsGoodSexWillMakeYouDo – Get an STD test. Cause if it was good sex I know I wasn't wearing a condom. | **4/02/2012** (Twitter post)<br>Irish Spring kills STDs right |
| **3/07/2009** (Twitter post)<br>I have a life mission and it is to drink. | **4/04/2012** (Twitter post)<br>I drink on Tuesday night to celebrate the fact that it ain't Monday night. |
| **2/26/09** (Twitter post)<br>You're dead right about Snuffaluffagus. Me & | **4/10/2012** (Twitter post)<br>The real Paddington OD'd in 1969. Since then |

| | | |
|---|---|---|
| 1 | him use to do lines off stripper's asses for days. His lines were more like piles. | it's been Billy Shears. |
| 2 | **5/08/2009** (Twitter post) That Charmin bear is on E in those commercials. "Oh rub the cloth on my face, it feels so good!" | **3/31/2012** (Twitter post) Snuggles is bi. Found that out the soft way. |
| 3 | **5/15/09** (Twitter post) What? I love grinding! I'll grind till my fur rubs off! | **3/31/2012** (Twitter post) Ladies, you be shave. I'll be furry. |
| 4 | **4/08/2009** (Twitter Post) You ever wonder how I even talk? I mean is my brain made of cotton? I am so high right now! | **4/23/2012** (Facebook Post) I got so stoned last night that that I accidentally smoked some of my own stuffing. Not as bad as you'd think. |
| 5 | **8/07/2009** (Twitter post) RIP John Hughes…I'm sorry we never made that movie u wrote about a teddy bear that gets left home alone on Christmas. | **3/30/2012** (Facebook Post) Was cast in "Home Alone 2" as a bear in "Duncan's Toy Chest" but had to turn it down because of my long standing rule to never work with Joe Pesci |
| 6 | **8/10/2009** (Twitter post) Fox TV said they might want to bring my sitcom back, but before they do they said I would need to make it more offensive for their audience | **3/30/12** (Facebook Post) Here I am as a guest on Johnny Carson. This marked the first occasion that Zsa Zsa Gabor sat on my face. |
| 7 | **7/10/2009** (Twitter post) That's the life of a celebrity. Gotta make appearances. | **3/30/2012** (Facebook Post) I told my agent that I wanted to make a movie with one of the Goonies. I forgot that Corey Feldman was a Goonie. I was hoping for Short---Round. |
| 8 | **2/20/2009** (Twitter post) I need an agent again. | **6/27/2012** (Facebook Post) Take a break from all that porn and buy your tickets for my movie "Ted" today! |
| 9 | **5/11/2009** (Twitter post) I think there is some old footage around of me doing stand up. | |
| 10 | **7/09/2009** (Twitter post) @koldcasttv called my agent. I think they wanna piece of ol' Charlie Bear. U ladies know what I'm talkin about. | |
| 11 | **4/04/2009** (Twitter post) @danadearmond you can't be sad when you've got a hairless pussy. That would cheer me right up! | **3/31/2012** (Twitter post) Ladies, you be shave. I'll be furry. |
| 12 | **4/04/2009** (Twitter post) @ SashaGrey Every f**k a teddy bear? | **4/7/2012** (Twitter post) If any 6's or better are out in the Boston tonight and feel like getting stuffed, tweet me the deets. |
| 13 | **2/25/2009** (Twitter post) I love hump day. I'll take an excuse to hump anything. | **6/20/2012** (Twitter post) I'm so fuckin' drunk and stoned right now. Somebody squeeze me, scratch that. Somebody with tits squeeze me. |
| 14 | **4/26/2009** (Twitter post) I'm so f**kin wasted! Woohooo! | |
| 15 | **5/7/2009** (Twitter post) A hooker just twittered my nuts. | **6/26/2012** (Twitter post) @AndreaKcc Pot. And other drugs. Oh, and |

| | |
|---|---|
| **4/03/2009** (Twitter post) I love my beer like I love my women. Cheap. | Bud Light and 2 Broke Girls. By that I mean two hookers, not the terrible show. |
| **5/05/09** (Twitter post) Just discovered @twittafart. I will now forever be announcing all of my farts. **4/28/09** (Twitter post) I think I just fartled myself. I woke myself up with the sound of my fart. **5/06/2009** (Twitter post) @dannydarko warm farts have a way of bringing people, and teddy bears, together. | **7/01/2012** (Facebook Post) I just proudly farted pot smoke. **8/17/2012** (Facebook Post) Sometimes I wake up in a cold sweat and think – why me? Why was I given the gift of life, and not the bear next to me? After several seconds of deep thought, I fart on John's pillow and go back to sleep. **11/02/2012** (Twitter post) I just drank John's last beer. Will he notice if I just fart in a ginger ale and put it in the fridge? |

    v.  Both Charlie and Ted are teddy bears that have come to life in an otherwise human world. These are displayed in Charlie episodes 1-7 (Charlie's only interactions are with humans); 1 at 00:00:09-00:00:12 (Charlie talking about his newfound sobriety); 3 at 00:00:36-00:00:58 (throwing a fit at Amy about how much he hates peas); 4 at 00:00:43-00:00:55 (Charlie's mother tells him the closest he gets to nature is watching animal planet and "jerking off"); 5 at 00:00:09-00:00:33 (Charlie's father tries to talk to him about the "birds and the bees"); 6 at 00:00:30-00:00:38 (Charlie demands money from a debtor); Acting School Academy Episode 7 at 00:01:22-00:01:40 (Charlie has gotten Amy, a human, pregnant and strongly suggests she get an abortion) and in the *Ted* film at 00:30:00-00:30:58 (Ted interviews for a job at a grocery store); 00:33:30-00:34:30 (Ted gets his own apartment); 00:36:19 (Ted at his grocery bagging job); 00:38:17-00:38:19 (Ted takes a bath); 00:41:32-00:41:44 (Ted having sex with a woman); 00:43:35-00:45:50 (Ted goes on a double date with John and Lori and another woman

|   |   |
|---|---|
| 1 | where they eat and drink normal food); 00:52:37-00:59:40 |
| 2 | (house party with other humans where Ted is the only non- |
| 3 | human). |
| 4 | vi. Both Charlie and Ted use vulgar language, solicit prostitutes, |
| 5 | drink alcohol, and use drugs.  These are displayed in Charlie |
| 6 | episodes 1 at 00:00:09-00:00:20 (Charlie talking about his |
| 7 | one week of sobriety), 00:00:20-00:00:48 (Charlie on the |
| 8 | couch with a prostitute, explaining what he wants to do to |
| 9 | her); 2 00:00:09-00:01:20 (Charlie and Steve talking about |
| 10 | everything Charlie has done while drunk); 4 (Charlie holds a |
| 11 | can of beer the entire episode);  5 (Charlie holds a can of beer |
| 12 | the entire episode); 7 (Charlie holds a can of beer the entire |
| 13 | episode); Acting School Academy episode 7 (Charlie holds a |
| 14 | can of beer the entire time) and in the *Ted* film at 00:10:06- |
| 15 | 00:11:18 (Ted smoking marijuana and cursing on the couch); |
| 16 | 00:15:34-00:17:08 (Ted drinking and cursing); 00:26:39- |
| 17 | 00:27:47 (Ted on the couch with four prostitutes, there are |
| 18 | drugs, alcohol, and cigarettes all around); 00:42:02-00:43:12 |
| 19 | (Ted drinking alcohol); 00:54:10-00:54:45 (Ted taking shots |
| 20 | and using cocaine with John and Flash Gordon). |

26. On information and belief, Defendants participated in and contributed to the exploitation of *Ted* and the Ted character through claiming a copyright interest in *Ted* and the Ted character and/or sales and/or licenses of the theatrical motion picture, digital video discs, digital downloads, and otherwise, including without limitation the exploitation of various merchandise featuring the Ted Character.

27. On information and belief, Defendants have earned, and will continue to earn, substantial sums through their exploitation of *Ted* and the Ted character. They continue to actively exploit *Ted* and the Ted character, and the sequel to *Ted*

is set to be released in theaters worldwide in 2015.

28. On information and belief, the successes of *Ted* include commercial success such as having been the twelfth highest grossing film of 2012, the highest grossing R-rated film of 2012, and the highest grossing R-rated comedy of all time, earning $218,665,740 domestically and $549,443,883worldwide.

29. Defendants never sought nor obtained Plaintiff's permission to use the Charlie character and continue to infringe the Charlie character in various ways.

## **FIRST CLAIM**
## **COPYRIGHT INFRINGEMENT**
### **(Plaintiff Against All Defendants)**

30. Paragraphs 1-29 are realleged and incorporated by reference herein.

31. Defendants had access to Charlie before Ted was created.

32. Defendants' Ted character is substantially similar to Charlie and constitutes unauthorized copying, reproduction, distribution, creation of a derivative work, and/or public display of Charlie.

33. Defendants' exploitation of *Ted* and the Ted character constitutes infringement of Plaintiff's copyright in Charlie.

34. On information and belief, Defendants' infringing acts were willful, deliberate, and committed with prior notice and knowledge of Plaintiff's copyright. Each Defendant willfully, wantonly, and in conscious disregard and intentional indifference to the rights of Plaintiff made and distributed in the United States, caused to be made and distributed in the United States, and aided, abetted, contributed to, and participated in the unauthorized making and distribution of *Ted* and the Ted character. Each Defendant either knew, or should have reasonably known, that Charlie was protected by copyright and that *Ted* and the Ted character infringed on Plaintiff's copyright. Each Defendant continues to infringe upon Plaintiff's rights in and to the copyrighted work.

35. As a direct and proximate result of their wrongful conduct, Defendants have realized and continue to realize profits and other benefits rightfully belonging to Plaintiff. Accordingly, Plaintiff seeks an award of damages pursuant to 17 U.S.C. § 504.

36. In addition to Plaintiff's actual damages, Plaintiff is entitled to receive the profits made by the Defendants from their wrongful acts, pursuant to 17 U.S.C. § 504(b). Each Defendant should be required to account for all gains, profits, and advantages derived by each Defendant from their acts of infringement.

37. In the alternative, Plaintiff is entitled to, and may elect to choose statutory damages pursuant to 17 U.S.C. § 504(c), which should be enhanced by 17 U.S.C. § 504(c)(2) because of Defendants' willful copyright infringement.

38. Plaintiff is entitled to, and may elect to choose injunctive relief under 17 U.S.C. § 502, enjoining any use or exploitation by Defendants of their infringing work and for an order under 17 U.S.C. § 503 that any of Defendants' infringing products be impounded and destroyed.

39. Plaintiff does not have an adequate remedy at law for Defendants' wrongful conduct in that (i) Plaintiff's copyrights are unique and valuable and (ii) Defendants' wrongful conduct, and the damages resulting to Plaintiff therefrom, constitutes continuing copyright infringement and irreparable injury. Defendants' infringing conduct is continuing and ongoing. Plaintiff has suffered, and will continue to suffer, irreparable injury for which there is no adequate remedy at law, unless Defendants are enjoined by the Court. Therefore, Plaintiff prays that each Defendant, their respective agents, servants, employees, officers, attorneys, successors, and assigns, and all of these persons actively in concert or participation with each or any of them, be preliminarily and permanently enjoined from directly or indirectly infringing upon the copyrights owned by Plaintiff in any manner, and from duplicating, causing to be duplicated or aiding, contributing to, or participating in the unauthorized duplication of each said copyrighted work.

Plaintiff asks that all infringing works be recalled and destroyed.

40. Plaintiff seeks and is also entitled to recover reasonable attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for relief and judgment against Defendants, and each of them, as follows:

1. For actual, compensatory, and/or statutory damages according to proof and at the election of Plaintiff;
2. For pre-judgment interest;
3. For disgorgement of profits;
4. For costs of suit, including without limitation attorneys' fees per statute;
5. For the Court to impose a constructive trust on the monies wrongfully obtained;
6. For preliminary and permanent injunctive relief;
7. For such other, further, or different relief as the Court find just, proper and equitable under the circumstances.

DATED: July 15, 2014　　　　　　　　　**JOHNSON & JOHNSON LLP**

　　　　　　　　　　　　　　　　By　/s/ Neville L. Johnson
　　　　　　　　　　　　　　　　　　Neville L. Johnson
　　　　　　　　　　　　　　　　　　Douglas L. Johnson
　　　　　　　　　　　　　　　　　　Nicholas A. Kurtz
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, BENGAL
　　　　　　　　　　　　　　　　　　MANGLE PRODUCTIONS, LLC

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

DATED: July 15, 2014            **JOHNSON & JOHNSON LLP**

                                        By   /s/ Neville L. Johnson
                                                     Neville L. Johnson
                                                     Douglas L. Johnson
                                                     Nicholas A. Kurtz
                                                     Attorneys for Plaintiff, BENGAL MANGLE PRODUCTIONS, LLC