1  Joel R. Weiner (SBN 139446)
   joel.weiner@kattenlaw.com
2  Gloria Franke Shaw (SBN 246390)
   gloria.shaw@kattenlaw.com
3  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
4  Los Angeles, CA 90067-3012
   Telephone: 310.788.4400
5  Facsimile: 310.788.4471

6  Attorneys for Defendants

7  Neville L. Johnson (SBN 66329)
   Douglas L. Johnson (SBN 209216)
8  JOHNSON & JOHNSON LLP
   439 North Canon Drive, Suite 200
9  Beverly Hills, California 90210
   Telephone: (310)975-1080
10 Facsimile: (310)975-1095
   Email: njohnson@jjllplaw.com
11        djohnson@jjllplaw.com

12 Thomas V. Girardi (SBN 36603)
   Howard B. Miller (SBN 31392)
13 GIRARDI | KEESE
   1126 Wilshire Boulevard
14 Los Angeles, California 90017
   Telephone: (213)977-0211
15 Facsimile: (213)481-1554
   Email: tgirardi@girardikeese.com
16        hmiller@girardikeese.com

   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENGAL MANGLE PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SETH MACFARLANE; FUZZY DOOR PRODUCTIONS, INC.; MEDIA RIGHTS CAPITAL II, L.P.; MRC II DISTRIBUTION COMPANY, L.P.; THUNDER BUDDIES, LLC; UNIVERSAL PICTURES; UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC; UNIVERSAL CITY STUDIOS, LLLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-5498<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. 41(a)(1)]<br><br>*[Proposed Order filed concurrently herewith]* |

Plaintiff Bengal Mangle Productions, LLC ("Plaintiff"), on the one hand, and defendants Seth MacFarlane, Fuzzy Door Productions, Inc., Media Rights Capital II, L.P., MRC II Distribution Company L.P., Thunder Buddies, LLC, Universal Pictures, a division of Universal City Studios LLC, Universal Studios Home Entertainment LLC, and Universal City Studios LLC, incorrectly sued as Universal City Studios LLLP (together, "Defendants"), on the other hand, through their respective counsel of record, hereby stipulate as follows:

1. On July 15, 2014, Plaintiff filed a Complaint for Copyright Infringement initiating this action.

2. In the Complaint, Plaintiff alleged, among other things, that Defendants' character, Ted, from the motion picture entitled *Ted*, was copied from and infringes Plaintiff's character, Charlie, an anthropomorphic teddy bear from a web series. Defendants denied Plaintiff's claims and allegations.

3. Plaintiff and its counsel are now satisfied that, based on discovery produced in the action, the character Ted was independently created by Seth MacFarlane using his own efforts and creativity and was not copied from Plaintiff's Charlie character.

4. Therefore, Plaintiff and its counsel have determined that Plaintiff cannot proceed with their Complaint and must dismiss the action.

NOW, THEREFORE, the parties hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action, and Plaintiff's Complaint for Copyright Infringement, shall be dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

[Signatures on the following page]

1

| | | |
|---|---|---|
| Dated: March 18, 2015 | | KATTEN MUCHIN ROSENMAN LLP<br>Joel R. Weiner<br>Gloria Franke Shaw<br><br>By: _____<br>Joel R. Weiner<br>Attorneys for Defendants SETH MACFARLANE; FUZZY DOOR PRODUCTIONS, INC.; MEDIA RIGHTS CAPITAL II, L.P.; MRC II DISTRIBUTION COMPANY L.P.; THUNDER BUDDIES, LLC; UNIVERSAL PICTURES, a division of Universal City Studios LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and UNIVERSAL CITY STUDIOS LLC, incorrectly sued as Universal City Studios LLLP |
| Dated: March 18, 2015 | | JOHNSON & JOHNSON LLP<br>Neville L. Johnson<br>Douglas L. Johnson<br><br>By: _____<br>Douglas L. Johnson<br><br>-and-<br><br>GIRARDI \| KEESE<br>Thomas V. Girardi<br>Howard B. Miller<br><br>By: _____<br>Howard B. Miller<br><br>Attorneys for Plaintiff BENGAL MANGLE PRODUCTIONS, LLC |