JS-6

Joel R. Weiner (SBN 139446)
joel.weiner@kattenlaw.com
Gloria Franke Shaw (SBN 246390)
gloria.shaw@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants

Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310)975-1080
Facsimile: (310)975-1095
Email: njohnson@jjllplaw.com
       djohnson@jjllplaw.com

Thomas V. Girardi (SBN 36603)
Howard B. Miller (SBN 31392)
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213)977-0211
Facsimile: (213)481-1554
Email: tgirardi@girardikeese.com
       hmiller@girardikeese.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENGAL MANGLE PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SETH MACFARLANE; FUZZY DOOR PRODUCTIONS, INC.; MEDIA RIGHTS CAPITAL II, L.P.; MRC II DISTRIBUTION COMPANY, L.P.; THUNDER BUDDIES, LLC; UNIVERSAL PICTURES; UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC; UNIVERSAL CITY STUDIOS, LLLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-5498 PA (JCx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF COMPLAINT AND ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. 41(a)(1)] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the stipulation of the parties, the Court orders as follows:

This action, including all claims and allegations asserted by plaintiff Bengal Mangle Productions, LLC ("Plaintiff") against defendants Seth MacFarlane, Fuzzy Door Productions, Inc., Media Rights Capital II, L.P., MRC II Distribution Company L.P., Thunder Buddies, LLC, Universal Pictures, a division of Universal City Studios LLC, Universal Studios Home Entertainment LLC, and Universal City Studios LLC, incorrectly sued as Universal City Studios LLLP, (together, "Defendants") in Plaintiff's Complaint for Copyright Infringement, is hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

Each side shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
The Honorable Percy Anderson
United States District Court Judge

**JS-6**